**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Travelodge Hotels, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELITE HOTEL MANAGEMENT, LLC, a Michigan Limited Liability Company; ALAN WAZNY, an individual; NAINESH PATEL, an individual; and YOUSEF HAMO, an individual,<br><br>Defendants. | Civil Action No. 19-cv-21495(KM)(JBC)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Travelodge Hotels, Inc. ("THI"), by its attorneys, Connell Foley LLP, seeking the entry of Final Judgment by Default against defendants, Elite Hotel Management, LLC, Alan Wanzy, Nainesh Patel, and Yousef Hamo (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on December 18, 2019, seeking damages as a result of the breach of a franchise agreement between THI and Elite Hotel Management, LLC; and service of the Summons and Complaint having been effectuated with respect to defendant Yousef Hamo by personally serving him in Oak Park, Michigan on January 17, 2020; and service of the Summons and Complaint having been effectuated with respect to defendant Alan Wanzy by personally serving him in Saginaw, Michigan on January 31, 2020; and service of the Summons and Complaint having been effectuated with respect to defendant Elite Hotel Management, LLC, by serving its authorized

5499325-1

representative in Saginaw, Michigan on January 31, 2020; and service of the Summons and Complaint having been effectuated with respect to defendant Nainesh Patel by personally serving him in Saginaw, Michigan on February 23, 2020; and it appearing that default was duly noted by the Clerk of the Court against Defendants on May 13, 2020 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this 19th day of October, 2020,

**ORDERED, ADJUDGED, AND DECREED** that THI have judgment against Defendants, jointly and severally, in the total amount of $190,486.29, comprised of the following:

    a. $139,020.80 for liquidated damages (principal plus prejudgment interest);

    b. $40,884.39 for Recurring Fees (principal plus prejudgment interest); and

    c. $10,581.10 for the balance due on the Note (inclusive of prejudgment interest).


/s/ Kevin McNulty
**HONORABLE KEVIN McNULTY, U.S.D.J.**